# EXHIBIT 1

# CERTIFICATE OF RECOGNITION

Presented To

## Garry Carroll

In Grateful Appreciation For

## 30 Years

Of Dedicated Service.

*[signature]*

Matthias Schönberg
Chief Executive Officer

Continental