**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-693-GCM**

| | | |
|---|---|---|
| **GARRY CARROLL,** | ) | |
|        **Plaintiff,** | ) | |
| | ) | |
|        **v.** | ) | **ORDER** |
| | ) | |
| **CONTINENTAL AUTOMOTIVE,** | ) | |
| **INC.,** *et al,* | ) | |
|        **Defendants.** | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to pending motions for summary judgment in this case, the trial in this matter is RE-SET for **September 8, 2015** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: March 31, 2015

Graham C. Mullen
United States District Judge