UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-693

| | |
|---|---|
| GARRY CARROLL, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CONTINENTAL AUTOMOTIVE, )<br>Inc., *et al*, )<br>Defendants. ) | O R D E R |

THIS MATTER is before the Court on its own motion. Due to pending motions for summary judgment in the above captioned case, IT IS HEREBY ORDERED that the trial in this matter is re-set for the **January 11, 2016** trial term at 10:00 a.m. in Courtroom #2-2.

IT IS SO ORDERED.

Signed: July 14, 2015

Graham C. Mullen
United States District Judge