# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Garry Carroll, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00693-GCM-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Automotive, Inc., Pension Plan for Hourly-Paid Employees of Continental Automotive, Inc. and Certain Affiliate Companies | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 28, 2016 Order.

January 28, 2016

Frank G. Johns, Clerk
United States District Court