IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13cv693

| | |
|---|---|
| GARRY CARROLL, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CONTINENTL AUTOMOTIVE, INC., ) et al., ) | |
| ) | |
|     Defendants. ) | |

Pending before the Court is the Consent Motion to Stay Deadline to File Motion for Attorney's Fees and Costs [# 37]. For good cause shown, the Court **GRANTS** the motion [# 37]. Plaintiff shall have until thirty (30) days after the District Court receives the Mandate of the United States Court of Appeals for the Fourth Circuit terminating the appellate proceedings in this matter to file a motion for fees and costs.

Signed: February 17, 2016

Dennis L. Howell
United States Magistrate Judge

-1-