# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13cv693

| | |
|---|---|
| GARRY CARROLL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CONTINENTL AUTOMOTIVE, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Joint Motion to Extend Stay [# 46]. For good cause shown, the Court **GRANTS** the motion [# 46]. Plaintiff shall have until July 21, 2017, to file a motion for fees and costs.

Signed: July 17, 2017

_____
Dennis L. Howell
United States Magistrate Judge

-1-